JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOOTING STAR INTERNATIONAL, a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>TONY LEE, an individual; and DISCOUNT NAIL AND BEAUTY SUPPLY CORPORATION, a Texas corporation,<br><br>          Defendants. | Case No. CV-13-07203-MWF-RZ<br>**JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AGAINST DEFENDANTS** |

On March 10, 2014, the Court granted the Motion for Default Judgment against Defendants Tony Lee and Discount Nail and Beauty Supply Corporation (collectively, "Defendants"). (Docket No. 20). Based upon the record established in this case, and for good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered as follows:

1. Defendants, jointly and severally, shall pay damages for copyright infringement to Plaintiff in the amount of $162,000.00.

2. Defendants, jointly and severally, shall pay to Plaintiff, costs in the amount of $1,079.15, pursuant to 17 U.S.C. § 505.

3. Defendants, jointly and severally, shall pay to Plaintiff, attorney's fees in the amount of $5,976.50, pursuant to 17 U.S.C. § 505 and Local Rule 55-3.

4. Post-judgment interest is awarded as permitted by statute.

5. Defendants, and Defendants' officers, agents, servants, employees, attorneys, parents, subsidiaries, related companies, partners, and all persons acting for, by, with, through, or under the Defendants, shall be permanently enjoined and restrained from directly or indirectly infringing Plaintiff's rights under federal law in the nine copyrighted works that are the subject of this action ("Plaintiff's Copyrighted Works") (*see* Compl. ¶ 10), including without limitation by reproducing Plaintiff's Copyrighted Works, preparing derivatives of Plaintiff's Copyrighted Works, distributing Plaintiff's Copyrighted Works to the public, and displaying Plaintiff's Copyrighted Works, or ordering, directing, participating in, or assisting in any such activity.

DATED: March 26, 2014.

MICHAEL W. FITZGERALD
United States District Judge

JUDGMENT AND ORDER FOR PERMANENT INJUNCTION
Case No. CV-13-07203